ZARELLA, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16833.

*Campbell D. Barrett*, in support of the petition.

Decided September 19, 2002

---

### STATE OF CONNECTICUT *v.* SUSAN PEZZUTI

The defendant's petition for certification for appeal from the Appellate Court, 70 Conn. App. 840 (AC 21380), is denied.

*Conrad Ost Seifert*, special public defender, in support of the petition.

*Melissa L. Streeto*, special deputy assistant state's attorney, in opposition.

Decided September 19, 2002

---

### JUDITH M. WARD *v.* LAWRENCE J. WARD

The plaintiff's petition for certification for appeal from the Appellate Court, 70 Conn. App. 907 (AC 21477), is denied.

*Diane Polan*, in support of the petition.

Decided September 19, 2002

---

### JUDITH M. WARD *v.* LAWRENCE J. WARD

The defendant's cross petition for certification for appeal from the Appellate Court, 70 Conn. App. 907 (AC 21477), is denied.